### 12382.  PRICE v. THE STATE.

BROYLES, C. J.  1.  Under the facts of the case, it was reversible error for the court to fail to instruct the jury upon the law of receiving stolen goods, even in the absence of a request so to charge.
2.  The other grounds of the amendment to the motion for a new trial are without substantial merit.
3.  The question as to the sufficiency of the evidence to sustain the verdict is not passed upon.

    *Judgment reversed.  Luke and Bloodworth, JJ., concur.*
        DECIDED JUNE 14, 1921.

Accusation of simply larceny; from city court of Wrightsville — Judge Moye.  March 19, 1921.

Fulford, the prosecutor, had been losing seed-cotton by theft. He left two sheets of it in a field one night, and on next day found them in the house of Curvin, a negro. On the night ensuing, as Fulford, a deputy sheriff, and others watched Curvin's house, the accused (Price and Frost) drove up and asked for water for their car. There was conversation between Price and Curvin, which the watchers did not hear; they talked in a low tone for

eight or ten minutes; and then one or both of the two named brought the two sheets of seed-cotton from the house and put them into the car; and thereupon they and Frost were arrested. They did not put any water in the car. From the statements of the accused it appeared, that when they stopped at Curvin's house for water, Curvin asked accused to make a short trip for him, saying he had two sheets of seed-cotton to carry, and would pay accused for the trip; that Curvin brought the cotton out of the house, and accused helped him to put it in the car; and that Curvin was not locked up, but later gave bond and had forfeited it. He did not appear to testify. Price stated that Curvin had admitted, in the presence of a person named, that Price was the innocent victim of a trap set for others, etc.

Price was found guilty. Frost was acquitted.

*B. B. Blount*, for plaintiff in error.

*W. C. Brinson, solicitor, E. L. Stephens*, contra.